UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GABRIELLE BELTZ,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.

310CV00650

Case No. 3:10CV650 (MRK)

April 26, 2010

## NOTICE OF REMOVAL

Defendant, Nationwide Credit, Inc. ("NCI"), files this Notice of Removal of this action from the State of Connecticut Superior Court, Judicial District of New Haven at New Haven, wherein it is pending, to the United States District Court for the District of Connecticut. As grounds for the removal of this action, NCI states as follows:

### I. INTRODUCTION

1. This action was commenced against NCI in the State of Connecticut Superior Court, Judicial District of New Haven at New Haven, Connecticut, by Complaint dated March 23, 2010 and returnable on April 27, 2010. As of this date, no docket number has been assigned to this action in the State Court. On March 26, 2010, service of the Summons and Complaint was made upon the Resident Agent of NCI in Connecticut. A true and correct copy of all process, pleadings and orders served upon NCI are attached as "Exhibit A".

2. Removal of this case is timely as this notice is filed within thirty (30) days after service of the Summons and the Complaint on NCI. See 28 U.S.C. §1446(b).

## II. JURISDICTION

3. This is a civil action over which this Court has original jurisdiction pursuant to 28 U. S. C. §1331 (federal question jurisdiction).

4. NCI denies each and every substantive allegation made by the Plaintiff. However, because Plaintiff purports to assert claims arising out of the laws of the United States, this Court possesses jurisdiction over this matter pursuant to 28 U.S. C. §1331.1.

## III. FEDERAL QUESTION JURISDICTION

5. Plaintiff's Complaint purports to allege a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq and Connecticut General Statutes §36a-800 et seq, §36a-646 et seq and §42-110a (the "Connecticut Statutes"). Plaintiff states in the Complaint that Plaintiff seeks relief under the FDCPA, 15 U.S.C. §1692 et seq. and the Connecticut Statutes and alleges in the Complaint that NCI violated the FDCPA and the Connecticut Statutes. (Exhibit A, pages 1-5, Complaint.).

6. To the extent Plaintiff attempts to state a claim under the FDCPA, this Court has jurisdiction under 28 U.S. C. §1331 (federal question jurisdiction). It is well recognized that actions filed in state courts that purport to state claims under the FDCPA may be removed from state court to federal court. See, *Philbin v. Trans Union Corp.*,

2

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET • HARTFORD, CONNECTICUT 06103-3598 • (860) 548-1300
JURIS NO. 104083 • FAX NO. (860) 548-0023

101 F.3d 957 (3rd Cir. 1996); *Gray v. American Express Company,* 743 F.2d 10 (D.C. Cir. 1984). NCI denies Plaintiff can state a claim under the FDCPA.

### IV.   CONCLUSION

7.   A true and correct copy of this Notice of Removal has been filed with the State of Connecticut Superior Court, Judicial District of New London at New London, and served upon all counsel of record.

8.   NCI respectfully requests the opportunity to brief and argue before this Court any issues or questions concerning the removal of this case in the event remand is sought by Plaintiff or otherwise visited by this Court.

Wherefore, Defendant, Nationwide Credit, Inc. requests that the above referenced case now pending in State of Connecticut Superior Court, Judicial District of New Haven at New Haven be removed to the United States District Court for the District of Connecticut.

Dated: April 26, 2010                    Respectfully submitted,

O'CONNELL, FLAHERTY &
ATTMORE, L.L.C.

By _____
Attorney Claudia M. Sklar  (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT  06103
Phone: (860) 548-1300
Fax:    (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

3

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2010, I served via USPS, first class mail, postage prepaid, a copy of the foregoing Notice of Removal by Nationwide Credit, Inc. with attachments to:

Theresa Rose DeGray
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
*Attorney for Plaintiff*

By: _____
Attorney Claudia M. Sklar  (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT 06103
Phone:  (860) 548-1300
Fax:     (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

4