# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1 Rev. 10-09<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov | See page 2 for instructions |
|---|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.<br>☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.<br>☐ "X" if claiming other relief in addition to or in lieu of money or damages. | | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven 06510 | (203) 503-6800 | April 27, 2010 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Haven | Case type code (See list on page 2) Major: C  Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Consumer Legal Services, LLC, 29 Soundview Road Suite 11B, Guilford, CT 06437 | Juris number (to be entered by attorney only)<br>430221 |
|---|---|
| Telephone number (with area code)<br>(203) 458-8200 | Signature of Plaintiff (If self-represented) |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Beltz, Gabrielle<br>Address: 267 Melba Street Apt. B39<br>Milford, CT 06460 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Nationwide Credit, Inc.<br>Address: 2015 Vaughn Road NW BLD 400, Kennesaw, GA 30144 | D-50 |
| Additional Defendant | Name:<br>Address: | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Theresa Rose Nickols DeGray | Date signed<br>3/23/10 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250<br>Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610 | | | |
|---|---|---|---|
| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>3/23/10 | Docket Number |

(Page 1 of 2)

 **CT Corporation**

**Service of Process Transmittal**
03/26/2010
CT Log Number 516370341

TO: Lucrece Guy
OCWEN FINANCIAL CORPORATION
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

RE: **Process Served in Connecticut**

FOR: Nationwide Credit, Inc. (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gabrielle Beltz, Pltf. vs. Nationwide Credit, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Statement, Exhibits |
| **COURT/AGENCY:** | New Haven at New Haven Superior Court Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Monies Due and Owing - Services Rendered - Violation of Fair Debt Collection Practices |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/26/2010 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | 04/27/2010 - summons // on or before the second day after the Return Date - file an appearance form |
| **ATTORNEY(S) / SENDER(S):** | Theresa Rose Degray<br>Consumer Legal Services, LLC<br>29 Soundview Road, Suite 11B<br>Guilford, CT 06437<br>203-548-8200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/26/2010, Expected Purge Date: 03/31/2010<br>Image SOP<br>Email Notification, lit- intake lit-intake@ocwen.com<br>Email Notification, Lucrece Guy lucrece.guy@ocwen.com<br>Email Notification, Janet DeYoung jdeyoung@ncirm.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Gary Scappini |
| **ADDRESS:** | One Corporate Center<br>Floor 11<br>Hartford, CT 06103-3220 |
| **TELEPHONE:** | 860-724-9044 |

Page 1 of 1 / AF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# CONSUMER LEGAL SERVICES, LLC

SENT VIA FAX TO 770-612-7399
AND SENT VIA FEDERAL EXPRESS TO CT STATE MARSHAL FOR SERVICE

March 23, 2010

Nationwide Credit, Inc.
2015 Vaughn Road NW BLD 400
Kennesaw, GA 30144

Re: Beltz v. Nationwide Credit, Inc.

Dear Sir or Madam:

Please be advised that this law firm represents Gabrielle Beltz.

We believe you have violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act with regard to your attempt to collect the alleged debt to American Express, account number 3723942997601004.

Enclosed herewith please find a courtesy copy of the Writ, Summons and Complaint. The original will be served upon your company by a Connecticut State Marshal.

If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and continue to pursue legal recourse accordingly.

Sincerely,
CONSUMER LEGAL SERVICES, LLC

THERESA ROSE DEGRAY
Attorney at Law

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

---

**Theresa Rose DeGray**

Attorney at Law
Admitted in CT and MA

29 Soundview Road, Suite 11B • Guilford, CT 06437

Phone: 203-814-0600 • Fax: 203-738-1062

Email: TRD@ConsumerLegalServicesLLC.com

| | | |
|---|---|---|
| RETURN DATE: APRIL 27, 2010 | : | SUPERIOR COURT |
| BELTZ, GABRIELLE | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| NATIONWIDE CREDIT, INC. | : | MARCH 23, 2010 |

## COMPLAINT

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. §36a-800 et seq., §36a-645 et seq. and §42-110a et seq.) (hereinafter referred to as the "C.G.S."), the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.) (hereinafter referred to as the "FDCPA").

2. The Court has jurisdiction pursuant to 15 U.S.C. §1692K and 28 U.S.C §§1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq.) and/or the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.), residing in Milford, Connecticut.

4. The Defendant has a business address of 2015 Vaughn Road NW BLD 400, Kennesaw, Georgia, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.).

5. The Plaintiff received a dunning letter from the Defendant dated March 26, 2009, regarding an alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto as Exhibit A; this letter did include a 30-day validation notice.

6. The Plaintiff received a dunning letter from the American Express dated March 27, 2009, regarding an alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto as Exhibit B; this letter did not include a 30-day validation notice.

7. Telephone calls to the toll-free number (866) 389-6161, provided in the letter referenced in paragraph 6, are automatically redirected to the Defendant; therefore, a consumer who believes he is calling American Express is instead routed to Defendant's telephone operators.

8. The letter referenced in paragraph 6 omits any mention of the consumer's right, under Federal law, to dispute the debt or to obtain verification of the debt.

9. The letter referenced in paragraph 6 states to pay the full balance immediately by contacting Nationwide Credit, Inc.; this demand overshadows and contradicts the purpose of the 30-day validation notice included in the letter referenced in paragraph 5.

10. The letter referenced in paragraph 6 misleads the consumer by creating the false impression that it is transmitted by American Express Creditor.

11. The letter does not effectively communicate that it is transmitted by a "debt collector."

12. FDCPA Section 807(2), 15 U.S.C. §1692e (2), e (10) provides, in relevant part: A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section... (2) The false representation of – (A) the character, amount... (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

13. The acts and practices averred in this Complaint constitute the use of false representations and deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer, in violation of 15 U.S.C. §1692e(10).

14. FDCPA Section 807(14), 15 U.S.C. §1692e (14), provides in relevant part: A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section... (14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

15. On April 2, 2009, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a copy of which is attached hereto as Exhibit C along with the fax transmittal confirmation receipt therefor.

16. Pursuant to statutory law, and after receipt of letter referenced in Paragraph 5, Exhibit A, the Defendant should then have ceased all collection of the alleged debt until such time as the Defendant provided to the Plaintiff all of the requested information outlined in Exhibit C.

17. However, the Plaintiff received another dunning letter from the Defendant dated October 14, 2009, regarding the same alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto a Exhibit D.

18. On October 22, 2009, the Plaintiff again sent correspondence to the Defendant by facsimile for the following reasons: (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a copy of which is attached hereto as Exhibit E along with the fax transmittal confirmation receipt therefor.

19. The Defendant has failed to validate the debt to date.

20. By the Defendant dunning the Plaintiff three (3) times, the Defendant therefore, failed to cease collection of the alleged debt during the requisite validation period, and perpetrated a gross disregard for the Plaintiff's legal rights and written request as per Paragraph 15 and 18 herein.

21. The repetitive dunning by the Defendant was abusive, threatening and intimidating.

22. All of the Defendant's acts or omissions to act, averred in this complaint are harassing, oppressive, abusive and/or unconscionable.

23. All of the Defendant's acts, or omissions to act, averred in this complaint caused damage to the Plaintiff.

24. Any and all of the Defendant's acts, or omissions to act, averred in this complaint, caused intentional infliction of emotional distress to the Plaintiff.

25. Any and all of the Defendant's acts, or omissions to act, averred in this complaint, caused negligent infliction of emotional distress to the Plaintiff.

26. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

WHEREFORE, the Plaintiff claims:

1. Money damages;
2. Statutory damages of up to $1,000.00;
3. Attorneys fees;
4. Such other relief as the Court may find in law or equity.

                          THE PLAINTIFF
                          Gabrielle Beltz

By: _____
        THERESA ROSE DEGRAY
        Consumer Legal Services, LLC
        29 Soundview Road, Suite 11B
        Guilford, CT 06437
        Tel: 203-458-8200
        Fax: 203-738-1062
        Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: APRIL 27, 2010 | : | SUPERIOR COURT |
| BELTZ, GABRIELLE | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| NATIONWIDE CREDIT, INC. | : | MARCH 23, 2010 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                              THE PLAINTIFF
                              Gabrielle Beltz

By:                          
                              THERESA ROSE DEGRAY
                              Consumer Legal Services, LLC
                              29 Soundview Road, Suite 11B
                              Guilford, CT 06437
                              Tel: 203-458-8200
                              Fax: 203-738-1062
                              Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

Apr 01 2009 11:39AM   HP LASERJET FAXAASF         18603864090                    page 2



# NATIONWIDE CREDIT, INC.
104-3962 BORDEN STREET, VICTORIA, BC CANADA V8P3H8
1-866-389-6161

03/26/2009

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, 372394297601004
BAL: $13,353.77

An opportunity to put your debt behind you
Call 1-866-389-6161

Since your outstanding balance with the above noted American Express account is past due, American Express referred it to our company. At NATIONWIDE CREDIT, INC., we know you want to put this debt behind you, so we ask that you remit payment in full of any undisputed amount, payable to American Express, in the enclosed envelope. American Express authorized us to offer a range of payment options they created to assist you in the event you are unable to remit payment in full of any undisputed amount. Please call us toll free at 1-866-389-6161 so that we can help you take advantage of these options and work with you to create a workable solution.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

**PERSONAL AND CONFIDENTIAL**

PO BOX 740640
ATLANTA GA 30374-0640

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
029/A01A/A01/03/26/2009

*09085106335*
GABRIELLE BELTZ
267 MELBA ST APT B39
MILFORD CT 06460-7686

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02120501D |
|---|---|
| ID NUMBER: | 09085106335 |
| ACCOUNT NO: | 372394297601004 |
| BALANCE DUE: | $13,353.77 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA 30374-0640

01  09085106335  4

American Express
OA Special Research
P.O. Box 981540
El Paso TX 79998-1540
Return Service Requested

Date: 03/27/09
Account Ending: 1004
Total Due: $13,353.77

TS P1 000427

Gabrielle Beltz
267 Melba St Apt B39
Milford, CT 06460-7686

## Important Information Enclosed



Dear Gabrielle Beltz:

As of the date on this letter, our records indicate that your American Express account continues to be significantly past due. As a result, your account has been transferred to Nationwide Credit, Inc. for collections.

Please pay your full balance immediately by contacting Nationwide Credit, Inc. at:

**104-3962 Borden Street
Victoria, Bc Canada, CN 00000
866-389-6161**

You may also pay your full balance online at www.americanexpress.com/waytopay using reference code 06460 to access the website.

American Express has various payment options that may be available to you. Our agency partners are committed to working with you and will be able to assist you in identifying a unique solution to resolve your balance.

Sincerely,

*Liwen Liang*

Liwen Liang
Vice President, Risk Management
American Express Company

007-PC1-V111R00020

# Gabrielle Beltz
## 267 Melba Street Apt. B39
## Milford, CT 06460

April 2, 2009

TO: Nationwide Credit, Inc.
RE: American Express
     Alleged Account #: 3723942997601004
     ID #: 09085106335

Dear Sir or Madam:

I am in receipt of your letter. I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Copies of all signed receipts
4) Under 15 USC 1692g. All information due to me.
5) A breakdown of all the debt.

Upon receipt of this information I will advise.

Thank you for your attention to this matter.

Sincerely,

**Gabrielle Beltz**



HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for

Apr 02 2009 11:36am

<u>Last Fax</u>

| <u>Date</u> | <u>Time</u> | <u>Type</u> | <u>Identification</u> | <u>Duration</u> | <u>Pages</u> | <u>Result</u> |
|---|---|---|---|---|---|---|
| Apr 2 | 11:36am | Sent | *6717706127399 | 0:27 | 1 | OK |

Result:  
  OK - black and white fax

576451.2009100605008.01026

 **NATIONWIDE CREDIT, INC.**
2015 VAUGHN RD NW, STE 400, KENNESAW GA 30144-7802
1-866-479-7925

10/14/2009

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC. 372394297601004
BAL: $13,353.77

An opportunity to put your debt behind you
Call 1-866-479-7925

Since your outstanding balance with the above noted American Express account is past due, American Express referred it to our company. At NATIONWIDE CREDIT, INC., we know you want to put this debt behind you, so we ask that you remit payment in full of any undisputed amount, payable to American Express, in the enclosed envelope. American Express authorized us to offer a range of payment options they created to assist you in the event you are unable to remit payment in full of any undisputed amount. Please call us toll free at 1-866-479-7925 so that we can help you take advantage of these options and work with you to create a workable solution.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

PERSONAL AND CONFIDENTIAL

PO BOX 740640
ATLANTA GA 30374-0640

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/A01A/A01/10/14/2009

*09287110457*
GABRIELLE BELTZ
267 MELBA ST APT B39
MILFORD CT  06460-7686

PLEASE SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02134501D |
|---|---|
| ID NUMBER: | 09287110457 |
| ACCOUNT NO: | 372394297601004 |
| BALANCE DUE: | $13,353.77 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA  30374-0640

01  09287110457  2



Exhibit E
1 of 2

**FILE**

Faxed

*Gabrielle Beltz*
*267 Melba Street Apt. B39*
*Milford, CT  06460*

October 22, 2009

TO:   Nationwide Credit, Inc.
RE:   American Express
      Alleged Account #: 3723942997601004

Dear Sir or Madam:

I am in receipt of your letter. I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Copies of all signed receipts
4) A breakdown of all the debt.

Upon receipt of this information I will advise.

Thank you for your attention to this matter.

Sincerely,

*Gabrielle Beltz*

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for

Oct 22 2009 11:40am

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Oct 22 | 11:39am | Sent | *6717706127399 | 1:02 | 1 | OK |

Result:  
 OK - black and white fax